



DUANE MORRIS LLP
Gregory P. Gulia
Eric W. McCormick
Vanessa C. Hew
Christopher J. Rooney

1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                      :

UNILEVER SUPPLY CHAIN, INC.,        :

                Plaintiff,        :

                              :        **COMPLAINT**

       -against-              :        **AND JURY DEMAND**

                              :

APOLLO HEALTH AND BEAUTY      :
CARE CORPORATION,

                              :

                Defendant.    :

                              :
----------------------------------------------------------X

        Plaintiff, Unilever Supply Chain, Inc., by its undersigned attorneys, Duane Morris LLP,

for its Complaint alleges as follows:

<u>SUBSTANCE OF THE ACTION</u>

      1.      This is an action for federal unfair competition, trademark dilution, trade dress

infringement, common law unfair competition, deceptive trade practices and dilution and injury

to business reputation under the laws of the State of New York. Plaintiff brings this action based

upon Defendant's unauthorized past, current and planned manufacture, distribution and sale of

various body wash products which feature the famous and distinctive trademark and trade dress

owned and used by Plaintiff in connection with its highly successful DOVE® body washes.

Defendant's conduct provides the basis for Plaintiff's claims for unfair competition, trademark

dilution and trade dress infringement under Section 43(a) of the Trademark Act of 1946 (the "Lanham Act"), 15 U.S.C. §1125(a), and for substantial and related claims of unfair competition, deceptive trade practices and dilution and injury to business reputation under the laws of the State of New York.  Plaintiff seeks injunctive relief and monetary damages.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction under Section 39 of the Lanham Act, 15 U.S.C. §1121, Sections 1332(a), 1338(a) and 1338(b) of the Judicial Code, 28 U.S.C. §1332(a), §1338(a) and §1338(b), and under principles of supplemental and supplementary jurisdiction.  This Court has personal jurisdiction over Defendant because it sells and distributes its products to customers located in the State of New York.  The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

3.      Venue properly lies in this District under Sections 1391(b) and (c) of the Judicial Code, 28 U.S.C. §§1391(b) and 1391(c), because Defendant does business in and/or has substantial contacts with and/or may be found in the Southern District of New York, and a substantial portion of the events at issue have arisen and/or will arise in this judicial district.

## PARTIES

4.      Plaintiff Unilever Supply Chain, Inc. ("Plaintiff" or "Unilever") is a corporation duly organized and existing under the laws of Delaware with an address located at 1 John Street, Clinton, Connecticut 06413.

5.      Upon information and belief, Defendant Apollo Health and Beauty Care Corporation ("Defendant" or "Apollo") is a corporation organized and existing under the laws of Canada with offices located at 20 Graniteridge Road, Concord, Ontario, L4K 5M8, Canada.

2

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

A.    Unilever's Rights

6.    Unilever is a leading manufacturer, distributor and seller of personal care products including body washes, beauty bars, facial cleansers, moisturizers, lotions, shampoos, conditioners, deodorants and antiperspirants. Currently, Unilever and its affiliated companies market personal care products to billions of consumers throughout the world.

7.    Unilever and its predecessors and their licensees have sold personal care products under trademark DOVE® continuously in interstate commerce since at least as early as 1945. The DOVE® trademark has appeared on product packaging, promotional and advertising materials, and other materials.

8.    Based upon its long history of selling high quality products, Unilever is one of the most popular and highly regarded manufacturers and sellers of beauty, skin care and other personal care products in the United States.

9.    Unilever's DOVE® brand products are currently available and sold to consumers throughout this District, this State and the United States.

10.    DOVE® brand products are also currently available and sold to consumers in numerous countries throughout the world by Unilever and its affiliated companies.

11.    Over the years, the volume of sales of products under the DOVE® Mark has been enormous. As a result of extensive marketing and promotional efforts, Unilever's DOVE® brand beauty, skin care and other personal care products are always among the largest selling brands for these products in the United States.

3

12. Substantial time, effort and resources have been devoted to the development and design of the product packaging and graphics for Unilever's famous and highly successful DOVE® brand products.

13. Packaging and graphics constitute important elements in the marketing of Unilever's DOVE® products because these elements capture the attention of consumers, represent and convey the quality and value of DOVE® brand products to consumers, distinguish DOVE® brand personal care products from other brands of personal care products and serve as a unique indicator of source or origin for DOVE® brand products.

The DOVE® Body Wash Bottle Design

14. The highly successful line of DOVE® body washes features unique and original product packaging and graphics which capture consumer attention, distinguish DOVE® brand body washes, convey the high quality of DOVE® brand products, and serve as a unique indicator of source for its successful line of body wash products.

15. Unilever's DOVE® body wash products are sold in a bottle that is original and distinctive in appearance. Annexed hereto as Exhibit 1 are a photograph and drawing depicting the original and distinctive bottle design used in connection with the DOVE® body wash products at issue in this case (hereinafter, the "DOVE® Body Wash Bottle Design").

16. The DOVE® Body Wash Bottle Design has a distinctive, unique, original and fanciful design which is neither basic, nor common in the personal care product industry or otherwise.

4

17. The DOVE® Body Wash Bottle Design is neither a widely used bottle design, nor a mere refinement of commonly adopted or well-known form of ornamentation in the personal care product industry.

18. The DOVE® Body Wash Bottle Design has acquired secondary meaning as an indicator of source for Unilever's DOVE® body wash products.

19. The DOVE® Body Wash Bottle Design has been used, marketed, advertised and promoted extensively in connection with Unilever's DOVE® body washes including: DOVE® Deep Moisture Beauty Body Wash; DOVE® Gentle Exfoliating Beauty Body Wash; DOVE® Sensitive Skin Beauty Body Wash; DOVE® Go Fresh Cool Moisture Beauty Body Wash; DOVE® Go Fresh Burst Beauty Body Wash; DOVE® Go Fresh Energize Beauty Body Wash; and DOVE® Go Fresh Refresh Beauty Body Wash (hereinafter, collectively, the "DOVE® Body Wash Products"). Annexed hereto as Exhibit 2 is a photograph of samples of the DOVE® Body Wash Products.

20. The DOVE® Body Wash Products have been sold in bottles embodying the DOVE® Body Wash Bottle Design continuously in interstate commerce throughout the United States since long prior to the acts of the Defendant described herein.

21. The DOVE® Body Wash Products are sold in bottles embodying the distinctive DOVE® Body Wash Bottle Design throughout a variety of trade channels including superstores such as Target, drugstores, supermarkets and online retailers such as Drugstore.com.

The DOVE® Body Wash Trade Dress

22.    Since long prior to the acts of the Defendant complained of herein, the DOVE® Body Wash Products have been marketed and sold in a unique and distinctive product trade dress continuously in interstate commerce throughout the United States.

23.    The distinctive trade dress for Unilever's DOVE® Deep Moisture Beauty Body Wash consists of, among other elements:

- an opaque white water-drop shaped bottle design featuring prominent and distinct front and back panels which curve gently inward at the center of the bottle and protrude slightly at the top and base of the design to create a three-dimensional concave effect;

- the opaque white water-drop shaped bottle features an extremely narrow bottle top which evokes the image of the top of a water-drop;

- the top of the water-drop shaped container gently flares into a wide, rounded center and then gradually recedes once again into a narrower, yet solid base, evoking once more an image of a water drop;

- the top portion of the bottle design features the container's integrated dark blue flip-top bottle cap;

- the use of a color scheme prominently featuring the colors white and dark blue with graphical accents in a metallic gold color; and

- the combination of the concave water-drop shaped bottle design and the white, dark blue and metallic gold color scheme

(hereinafter, collectively referred to as the "DOVE® Deep Moisture Beauty Body Wash Trade Dress"). Annexed hereto as Exhibit 3 is a photograph of a sample of the DOVE® Deep Moisture Beauty Body Wash Trade Dress.

6

24.    The distinctive trade dress for Unilever's DOVE® Gentle Exfoliating Beauty Body Wash consists of, among other elements:

- a transparent water-drop shaped bottle design featuring prominent and distinct front and back panels which curve gently inward at the center of the bottle and protrude slightly at the top and base of the design to create a three-dimensional concave effect;

- the transparent water-drop shaped bottle features an extremely narrow bottle top which evokes the image of the top of a water-drop;

- the top of the transparent water-drop shaped container gently flares into a wide, rounded center and then gradually recedes once again into a narrower, yet solid base, evoking once more an image of a water drop;

- the top portion of the bottle design features the container's integrated blue flip-top bottle cap;

- a transparent bottle design which allows consumers to see the exfoliating beads in the body wash;

- the use of a color scheme prominently featuring the color blue with graphical accents in a metallic gold color; and

- the combination of the transparent concave water-drop shaped bottle design and the blue and metallic gold color scheme

(hereinafter, collectively referred to as the "DOVE® Gentle Exfoliating Beauty Body Wash Trade Dress"). Annexed hereto as Exhibit 4 is a photograph of a sample of the DOVE® Gentle Exfoliating Beauty Body Wash Trade Dress.

25.    The distinctive trade dress for Unilever's DOVE® Go Fresh Cool Moisture Beauty Body Wash consists of, among other elements:

- a light green water-drop shaped bottle design featuring prominent and distinct front and back panels which curve gently inward at the center of the bottle and protrude slightly at the top and base of the design to create a three-dimensional concave effect;

7

- the light green water-drop shaped bottle features an extremely narrow bottle top which evokes the image of the top of a water-drop;

- the top of the water-drop shaped container gently flares into a wide, rounded center and then gradually recedes once again into a narrower, yet solid base, evoking once more an image of a water drop;

- the top portion of the bottle design features the container's integrated light green flip-top bottle cap;

- the use of a color scheme prominently featuring the color light green with graphical accents in a metallic silver color;

- the combination of the concave water-drop shaped bottle design and the light green and metallic silver color scheme; and

- prominent product descriptions on the front panel incorporating the following words "cool moisture," and "cucumber & green tea scent"

(hereinafter, collectively referred to as the "DOVE® Go Fresh Cool Moisture Beauty Body Wash Trade Dress"). Annexed hereto as Exhibit 5 is a photograph of a sample of the DOVE® Go Fresh Cool Moisture Beauty Body Wash Trade Dress.

26. The distinctive trade dress for Unilever's DOVE® Sensitive Skin Body Wash consists of, among other elements:

- an opaque white water-drop shaped bottle design featuring prominent and distinct front and back panels which curve gently inward at the center of the bottle and protrude slightly at the top and base of the design to create a three-dimensional concave effect;

- an opaque white water-drop shaped bottle features an extremely narrow bottle top which evokes the image of the top of a water-drop;

- the top of the white water-drop shaped container gently flares into a wide, rounded center and then gradually recedes once again into a narrower, yet solid base, evoking once more an image of a water drop;

- the top portion of the bottle design features the container's integrated light green flip-top bottle cap;

8

- the use of a color scheme prominently featuring the colors white, dark green, and light green with graphical accents in a metallic gold color; and

- the combination of the concave water-drop shaped bottle design and the white, dark green, light green and metallic gold color scheme

(hereinafter, collectively referred to as the "DOVE® Sensitive Skin Beauty Body Wash Trade Dress"). Annexed hereto as Exhibit 6 is a photograph of a sample of the DOVE® Sensitive Skin Body Wash Trade Dress. The DOVE® Deep Moisture Beauty Body Wash Trade Dress, the DOVE® Gentle Exfoliating Beauty Body Wash Trade Dress, the DOVE® Go Fresh Cool Moisture Beauty Body Wash Trade Dress, and the DOVE® Sensitive Skin Beauty Body Wash Trade Dress are hereinafter collectively referred to as the "DOVE® Body Wash Trade Dress." The DOVE® Body Wash Trade Dress and the DOVE® Body Wash Bottle Design are hereinafter collectively referred to as the "DOVE® Body Wash Trade Dress and Bottle Design."

Highly Successful Sales History and Fame of the DOVE® Body Wash Products

27.    Significant amounts of time and effort and many millions of dollars have been devoted to marketing and developing the DOVE® Body Wash Products and the DOVE® Body Wash Trade Dress and Bottle Design.

28.    Promotional and advertising materials prominently featuring Unilever's DOVE® Body Wash Trade Dress and Bottle Design have been spotlighted in a wide variety of media outlets including major nationally circulated print publications, television commercials and internet advertising campaigns. Annexed hereto as Exhibit 7 is a sampling of a few printed advertisements and promotions featuring the DOVE® Body Wash Trade Dress and Bottle Design.

9

29.     The DOVE® Body Wash Trade Dress and Bottle Design have also been prominently featured in national television commercials during some of America's most popular and most widely watched and talked about television shows.

30.     The DOVE® Body Wash Trade Dress and Bottle Design are also prominently promoted on the DOVE® website located at http://www.dove.us (hereinafter, the "DOVE Website"). The DOVE Website features product information, advertising and promotion regarding the DOVE® Body Wash Products. Annexed hereto as Exhibit 8 are print-outs from the DOVE Website showing the DOVE® Body Wash Trade Dress and Bottle Design on the Dove Website.

31.     Sales of the DOVE® Body Wash Products have been enormous.

32.     To date, millions of units of the DOVE® Body Wash Products packaged in the DOVE® Body Wash Trade Dress and Bottle Design have been sold in the U.S., resulting in millions of dollars in sales.

33.     As a result of vast marketing, advertising and promotional efforts and the overwhelming sales success of the DOVE® Body Wash Products, the DOVE® Body Wash Trade Dress and Bottle Design have acquired enormous value and secondary meaning among consuming public in the United States.

34.     The DOVE® Body Wash Trade Dress and Bottle Design identify and distinguish Unilever's DOVE® Body Wash Products from those of its competitors.

35.    The DOVE® Body Wash Trade Dress and Bottle Design have fostered wide renown with the trade and public and the DOVE® Body Wash Products have a reputation for being of the highest quality.

36.    The DOVE® Body Wash Trade Dress and Bottle Design have acquired and maintained outstanding celebrity and fame among the consuming public—symbolizing the substantial and material goodwill that Unilever has created for the DOVE® Body Wash Trade Dress and Bottle Design throughout the United States.

B.    Apollo's Unlawful Activities

37.    Upon information and belief, Apollo is a manufacturer and developer of private label health and beauty care products.  According to Apollo's website located at http//www.apollocorp.com, Apollo develops, manufactures, distributes, markets and sells personal care products including body washes, shampoos, conditioners, liquid soap, and hand sanitizers.

38.    Without the permission or authorization of Unilever, Apollo reproduced and created, and/or directed the reproduction and creation of a line of private label body washes packaged in bottles that are confusingly similar to and incorporate the DOVE® Body Wash Bottle Design and many of the original elements of the DOVE® Body Wash Trade Dress (hereinafter, collectively referred to as the "Infringing Products").

39.    Upon information and belief, Apollo manufactured, marketed, promoted, distributed and sold the Infringing Products to Target Corporation (hereinafter, referred to as "Target").

11

40.    Upon information and belief, the Infringing Products are marketed, distributed, and sold in Target stores located throughout this District, this State and the United States.

41.    The Infringing Products include the following products:  Deep Moisturizing Body Wash, Delicate Exfoliating Body Wash, Cool Moisturizing Body Wash and Sensitive Skin Body Wash products.  Each variant in Apollo's line of Infringing Products corresponds to an equivalent DOVE® brand body wash product.  Annexed hereto as Exhibit 9 are photographs of samples of the Infringing Products.

42.    Upon information and belief, the Infringing Products were designed to simulate the DOVE® Body Wash Trade Dress and Bottle Design and trade upon the substantial goodwill symbolized by the DOVE® Body Wash Trade Dress and Bottle Design.

43.    The infringing Deep Moisturizing Body Wash product packaging features and is confusingly similar to the DOVE® Body Wash Bottle Design, and incorporates the following original elements of the DOVE® Deep Moisture Beauty Body Wash Trade Dress, among others:

- an opaque white water-drop shaped bottle design featuring prominent and distinct front and back panels which curve gently inward at the center of the bottle and protrude slightly at the top and base of the design to create a three-dimensional concave effect;

- the opaque white water-drop shaped bottle features an extremely narrow bottle top which evokes the image of the top of a water-drop;

- the top of the water-drop shaped container gently flares into a wide, rounded center and then gradually recedes once again into a narrower, yet solid base, evoking once more an image of a water drop;

- the top portion of the bottle design features the container's integrated dark blue flip-top bottle cap;

12

- the use of a white water-drop shaped bottle design that is nearly identical in size, dimension and proportion to the bottle design featured in the DOVE® Deep Moisture Beauty Body Wash Trade Dress;

- the use of a color scheme prominently featuring the colors white and dark blue with graphical accents in a metallic gold color; and

- the combination of the concave water-drop shaped bottle design, and the white dark blue and metallic gold color scheme.

Annexed hereto as Exhibit 10 are photographs of the infringing Deep Moisturizing Body Wash.

44.    The infringing Delicate Exfoliating Body Wash product packaging features and/or is confusingly similar to the DOVE® Body Wash Bottle Design, and incorporates the following elements of the DOVE® Gentle Exfoliating Beauty Body Wash Trade Dress, among others:

- a transparent water-drop shaped bottle design featuring prominent and distinct front and back panels which curve gently inward at the center of the bottle and protrude slightly at the top and base of the design to create a three-dimensional concave effect;

- the transparent water-drop shaped bottle features an extremely narrow bottle top which evokes the image of the top of a water-drop;

- the top of the transparent water-drop shaped container gently flares into a wide, rounded center and then gradually recedes once again into a narrower, yet solid base, evoking once more an image of a water drop;

- the top portion of the bottle design features the container's integrated blue flip-top bottle cap;

- a transparent bottle design which allows consumers to see the exfoliating beads in the body wash;

- the use of a transparent water-drop shaped bottle design that is nearly identical in size, dimension and proportion to the bottle design featured in the DOVE® Gentle Exfoliating Beauty Body Wash Trade Dress;

- the use of a color scheme prominently featuring the color blue with graphical accents in a metallic gold color; and

- the combination of the transparent concave water-drop shaped bottle design and the blue and metallic gold color scheme.

13

Annexed hereto as Exhibit 11 are photographs of the infringing Delicate Exfoliating Body Wash.

45.    The infringing Cool Moisturizing Body Wash product packaging features and/or is confusingly similar to the DOVE® Body Wash Bottle Design, and incorporates the following elements of the DOVE® Go Fresh Cool Moisture Beauty Body Wash Trade Dress, among others:

- a light green water-drop shaped bottle design featuring prominent and distinct front and back panels which curve gently inward at the center of the bottle and protrude slightly at the top and base of the design to create a three-dimensional concave effect;

- the light green water-drop shaped bottle features an extremely narrow bottle top which evokes the image of the top of a water-drop;

- the top of the water-drop shaped container gently flares into a wide, rounded center and then gradually recedes once again into a narrower, yet solid base, evoking once more an image of a water drop;

- the top portion of the bottle design features the container's integrated light green flip-top bottle cap;

- the use of a light green water-drop shaped bottle design that is nearly identical in size, dimension and proportion to the bottle design featured in the DOVE® Go Fresh Cool Moisture Beauty Body Wash Trade Dress;

- the use of a color scheme prominently featuring the color light green with graphical accents in a metallic gold color;

- the combination of the concave water-drop shaped bottle design and the light green and metallic gold color scheme; and

- prominent product descriptions on the front panel incorporating the following words "cool moisturizing" and "cucumber & green tea scents."

Annexed hereto as Exhibit 12 are photographs of the infringing Cool Moisturizing Body Wash.

46.    The infringing Sensitive Skin Body Wash product packaging features or is confusingly similar to the DOVE® Body Wash Bottle Design, and incorporates the following original elements of the DOVE® Sensitive Skin Body Wash Trade Dress, among others:

14

- an opaque white water-drop shaped bottle design featuring prominent and distinct front and back panels which curve gently inward at the center of the bottle and protrude slightly at the top and base of the design to create a three-dimensional concave effect;

- an opaque white water-drop shaped bottle features an extremely narrow bottle top which evokes the image of the top of a water-drop;

- the top of the white water-drop shaped container gently flares into a wide, rounded center and then gradually recedes once again into a narrower, yet solid base, evoking once more an image of a water drop;

- the top portion of the bottle design features the container's integrated light green flip-top bottle cap;

- the use of a white water-drop shaped bottle design that is nearly identical in size, dimension and proportion to the bottle design featured in the DOVE® Sensitive Skin Body Wash Trade Dress;

- the use of a color scheme prominently featuring the colors white, dark green and light green with graphical accents in a metallic gold color; and

- the combination of the concave water-drop shaped bottle design and the white, dark green, light green and metallic gold color scheme.

Annexed hereto as Exhibit 13 are photographs of the infringing Sensitive Skin Body Wash.

47.    The Infringing Products manufactured, distributed and sold by Apollo are blatant and intentional copies of Unilever's distinctive DOVE® Body Wash Trade Dress and Bottle Design and create a highly similar commercial impression to the DOVE® Body Wash Products.

48.    Consumers are likely to be deceived, misled and/or confused by Defendant's unauthorized and infringing use of the DOVE® Body Wash Trade Dress and Bottle Design.

49.    Consumers are likely to believe that the Infringing Products originate with or are sponsored by, licensed from or otherwise affiliated with Unilever and/or its DOVE® Body Wash Products.

15

50.    The likelihood of consumer confusion, mistake or deception arising from the highly similar commercial impressions created by Unilever's DOVE® Body Wash Products and Apollo's Infringing Products is further exacerbated by the fact that both the DOVE® Body Wash Products and the Infringing Products are distributed and sold through the same channels of trade and, indeed, are often strategically positioned side-by-side and intermixed on Target's store shelves.

51.    Upon information and belief, Apollo has engaged in a pattern of deliberate and willful infringement designed to confuse consumers as to the source of the Infringing Products and trade upon Unilever's valuable intellectual property, goodwill and reputation.

52.    Apollo's intent to willfully infringe and trade upon Unilever's valuable goodwill and intellectual property is evidenced by Apollo's deliberate selection and adoption of product packaging incorporating or confusingly similar to the DOVE® Body Wash Trade Dress and Bottle Design despite the overwhelming availability of a nearly endless variety of alternative product packaging and bottle design options.

53.    Apollo's predatory practice of trading upon and willfully infringing the valuable goodwill and intellectual property rights of Unilever is hardly unintentional—nor even an unusual business practice for Apollo.

54.    Apollo's website, located at http://www.apollocorp.com, advertises that Apollo is a "premium developer of Private Label Health and Beauty Care Products, offering complete product categories, which have been designed to compete equivalently with the most popular national brands . . . ." Indeed, Apollo's website features photographs of various well-known products and Apollo's inexpensive imitations of these branded products.    Annexed hereto as

16

Exhibit 14 are representative print-outs from Apollo's website evidencing Apollo's predatory business practices.

55. As further indisputable evidence of Apollo's deliberate pattern of willful infringement and unfair competition, Apollo's manufacture, promotion, distribution and sale of the Infringing Products began after: (1) Unilever's prior use of the DOVE® Body Wash Trade Dress and Bottle Design; (2) Unilever had filed a United States trademark application to register the DOVE® Body Wash Bottle Design; and (3) the DOVE® Body Wash Trade Dress and Bottle Design had acquired fame, secondary meaning and enormous goodwill in the United States.

56. Prior to the filing of this Complaint, Unilever sent a letter to Apollo advising it of Unilever's intellectual property rights in the DOVE® Body Wash product packaging and demanding that Apollo cease its illegal manufacture, promotion, distribution and sale of the Infringing Products.

57. In response to Unilever's demand letter, Apollo unequivocally refused to cease its illegal manufacture, promotion, distribution and sale of the Infringing Products.

58. Upon information and belief, to date, Apollo has not ceased its manufacture, use, promotion, distribution and sale of the Infringing Products.

59. Apollo's conduct is intentionally fraudulent, malicious, willful and wanton.

60. Apollo's acts of imitation have been committed with knowledge that such imitation is intended to be used to cause confusion, mistake, or deception.

17

61.    Apollo's unlawful activities are having and will continue to have a substantial and adverse effect on United States commerce.

## FIRST CLAIM FOR RELIEF
## FEDERAL UNFAIR COMPETITION
## (COMMON LAW TRADEMARK INFRINGEMENT/ FALSE DESIGNATION OF ORIGIN)
## (15 U.S.C. §1125(a)(1))

62.    Plaintiff re-alleges paragraphs 1 through 61 above and incorporates them by reference as if fully set forth herein.

63.    Unilever is the owner of all common law trademark rights in the DOVE® Body Wash Bottle Design.

64.    The DOVE® Body Wash Bottle Design is inherently distinctive and distinguishes Unilever's DOVE® Body Wash Products from other competitive products.

65.    As a result of the extraordinary success of the DOVE® Body Wash Products and extensive marketing, advertising and promotion of the DOVE® Body Wash Bottle Design, the DOVE® Body Wash Bottle Design has acquired secondary meaning among the consuming public as an indicator of the source of Unilever's DOVE® Body Wash Products.

66.    Upon information and belief, without the permission or authorization of Unilever, Defendant reproduced and created, and/or directed the reproduction and creation of the Infringing Products.

67.    Defendant's manufacture, promotion, distribution, sale and use of the Infringing Products is likely to cause confusion, mistake, or deception, and constitutes a false designation of origin, a false description and representation of Defendant's goods, and a false representation that Defendant's goods originate with or are sponsored, endorsed, licensed, authorized and/or

18

affiliated or connected with Plaintiff and/or its DOVE® Body Wash Products in violation of Section 43 of the Lanham Act, 15 U.S.C. §1125(a)(1).

68.    Defendant's acts constitute unfair competition, false designation of origin, and palming off in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a)(1).

69.    Defendant's conduct has caused and will continue to cause irreparable injury to Plaintiff unless enjoined by this Court.  Plaintiff has no adequate remedy at law.

<u>SECOND CLAIM FOR RELIEF</u>
<u>COMMON LAW UNFAIR COMPETITION</u>

70.    Plaintiff re-alleges paragraphs 1 through 69 above and incorporates them by reference as if fully set forth herein.

71.    Upon information and belief, Defendant was aware of Plaintiff's prior use of Plaintiff's DOVE® Body Wash Trade Dress and Bottle Design and manufactured, promoted, distributed and sold the Infringing Products in blatant disregard of Plaintiff's prior use of and rights in the DOVE® Body Wash Trade Dress Bottle Design.

72.    Upon information and belief, the manufacturing, promotion, marketing, distribution and sale by Defendant of the Infringing Products has resulted in the misappropriation of and trading upon Plaintiff's goodwill and business reputation at Plaintiff's expense and without any expense to Defendant.

73.    The effect of Defendant's misappropriation of the goodwill symbolized by Plaintiff's DOVE® Body Wash Trade Dress and Bottle Design is to unjustly enrich Defendant, damage Plaintiff and confuse and deceive the public.

19

74. Defendant's conduct constitutes unfair competition with Plaintiff which has caused and will continue to cause irreparable injury to Plaintiff's goodwill and reputation unless enjoined by this Court. Plaintiff has no adequate remedy at law.

THIRD CLAIM FOR RELIEF
FEDERAL UNFAIR COMPETITION
(15 U.S.C. §1125(a)(1)) (TRADE DRESS INFRINGEMENT)

75. Plaintiff re-alleges paragraphs 1 through 74 above and incorporates them by reference as if fully set forth herein.

76. Unilever is the owner of all trade dress rights in the DOVE® Body Wash Trade Dress.

77. The DOVE® Body Wash Trade Dress constitutes distinctive, original and fanciful product packaging created by Unilever to distinguish and identify the source of its products and thus constitutes inherently distinctive trade dress.

78. The DOVE® Body Wash Trade Dress is non-functional. The DOVE® Body Wash Trade Dress is neither essential to the use or purpose of Unilever's body wash products, nor does the product packaging affect the cost or quality of the body wash.

79. As a result of the overwhelming success of the DOVE® Body Wash Products and the widespread marketing, promotion, and advertisement of the DOVE® Body Wash Products and DOVE® Body Wash Trade Dress in various media outlets, the DOVE® Body Wash Trade Dress has acquired secondary meaning as an indicator of source for Unilever's DOVE® Body Wash Products.

20

80. Defendant's use of a copy, variation, simulation or colorable imitation of Plaintiff's DOVE® Body Wash Trade Dress in connection with the Infringing Products infringes Plaintiff's exclusive rights in the DOVE® Body Wash Trade Dress, is likely to cause confusion, mistake, or deception, and constitutes trade dress infringement in violation of Section 43 of the Lanham Act, 15 U.S.C. §1125(a)(1).

81. Defendant has used a copy, variation, simulation or colorable imitation of Unilever's DOVE® Body Wash Trade Dress with full knowledge of Unilever's prior use of the DOVE® Body Wash Trade Dress and substantial goodwill, secondary meaning and fame therein.

82. Defendant's conduct is causing immediate and irreparable injury to Plaintiff, and to its goodwill and reputation, and will continue both to damage Plaintiff and to confuse the public unless enjoined by this Court. Plaintiff has no adequate remedy at law.

## FOURTH CLAIM FOR RELIEF
### FEDERAL TRADEMARK DILUTION (15 U.S.C. §1125(1)(c))

83. Plaintiff re-allege paragraphs 1 through 82 above and incorporates them by reference as if fully set forth herein.

84. By reason of Plaintiff's continuous and extensive use and advertising of its bath wash products in connection with the DOVE® Body Wash Bottle Design, the DOVE® Body Wash Bottle Design has become famous and uniquely associated with Plaintiff.

85. Defendant's manufacture, promotion, distribution and sale of the Infringing Products, which occurred after Plaintiff's the DOVE® Body Wash Bottle Design acquired fame, has diluted and, unless enjoined, will continue to dilute, and is likely to dilute the distinctive

21

quality of Plaintiff's famous DOVE® Body Wash Bottle Design by destroying the exclusive association between the DOVE® Body Wash Bottle Design and Plaintiff's goods, and otherwise lessening the capacity of the DOVE® Body Wash Bottle Design to exclusively identify Plaintiff and its products.

86.    Upon information and belief, Defendant's manufacture, promotion, distribution and sale of the Infringing Products, which have been neither manufactured, sponsored, licensed, or approved by Plaintiff, had tarnished, and, unless restrained, will continue to tarnish, and are likely to tarnish Plaintiff's DOVE® Body Wash Bottle Design by undermining and damaging the goodwill and reputation associated therewith.

87.    Defendant's aforesaid actions are intentional and in violation of Section 43(c)(1) of the Trademark Act, 15 U.S.C. § 1125(c)(1), and have already caused Plaintiff irreparable damage and will, unless restrained, continue to so damage Plaintiff, all of which have no adequate remedy at law.

## FIFTH CLAIM FOR RELIEF
## DILUTION AND INJURY TO BUSINESS REPUTATION
## (N.Y. GENERAL BUSINESS LAW §360-l)

88.    Plaintiff re-alleges paragraphs 1 through 87 above and incorporates them by reference as if fully set forth herein.

89.    Defendant's use of a copy, variation, simulation or colorable imitation of Plaintiff's DOVE® Body Wash Trade Dress and Bottle Design has caused and will continue to cause the dilution of the distinctive quality of Plaintiff's DOVE® Body Wash Trade Dress and Bottle Design, resulting in injury to Plaintiff's business reputation.

22

90.    Defendant's use of a copy, variation, simulation or colorable imitation of Plaintiff's DOVE® Body Wash Trade Dress and Bottle Design in connection with body wash products not controlled or otherwise subject to Plaintiff's control has caused and will continue to cause dilution and/or injury to the reputation of the Plaintiff and Plaintiff's DOVE® brand products.

91.    By reason of the foregoing, Plaintiff is entitled to injunctive relief under New York General Business Law §360-l.

SIXTH CLAIM FOR RELIEF
DECEPTIVE TRADE PRACTICES
(N.Y. GENERAL BUSINESS LAW §349)

92.    Plaintiff re-alleges paragraphs 1 through 91 above and incorporates them by reference as if fully set forth herein.

93.    By reason of the acts and practices set forth above, Defendant has and is engaged in deceptive trade practices or acts in the conduct of a business, trade or commerce, or furnishing of goods, in violation of §349 of the New York General Business Law.

94.    The public is likely to be damaged as a result of the consumer confusion caused by the deceptive trade practices or acts engaged in by Defendant.

95.    Unless enjoined by the Court, Defendant will continue said deceptive trade practices or acts, thereby deceiving the public and causing immediate and irreparable damage to Plaintiff. Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff demands judgment as follows:

1.     Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant from:

(a)     manufacturing, selling, distributing, advertising, promoting or authorizing any third party to manufacture, sell, distribute, advertise or promote the Infringing Products or any other item that violates Plaintiff's intellectual property rights;

(b)     using or authorizing any third party to use in connection with the rendering, offering, advertising, promotion or importing of any goods, any false description, false representation, or false designation of origin, or any marks, names, words, symbols, devices or trade dress which falsely associate such goods with Plaintiff or tends to do so;

(c)     making or displaying any statement or representation that is likely to lead the public or the trade to believe that Defendant's goods are in any manner associated or affiliated with or approved, endorsed, licensed, sponsored, authorized or franchised by or are otherwise connected with Plaintiff;

(d)     tarnishing, blurring or otherwise diluting the distinctive quality of Plaintiff's DOVE® Body Wash Bottle Design and/or DOVE® Body Wash Trade Dress;

(e)     engaging in any other activity constituting unfair competition with Plaintiff or constituting an infringement of Plaintiff's rights; and

(f)     aiding, assisting or abetting any other party in doing any act prohibited by any of sub-paragraphs (a) through (e).

2.     Requiring Defendant to recall immediately the Infringing Products and any and all advertisements therefor, from any and all distributors, retail establishments or wholesale

24

establishments wherever located in the United States, and to direct all such distributors, retail establishments or wholesale establishments to cease forthwith the distribution or sale of the Infringing Products, and to immediately remove these items from public access.

3.    Directing that Defendant deliver for destruction all products and goods, advertisements for such, and other related materials in its possession, or under its control, incorporating or bearing simulations, variations or colorable imitations of Plaintiff's DOVE® Body Wash Trade Dress and/or DOVE® Body Wash Bottle Design, whether used alone or in combination with other words and/or designs.

4.    Directing such other relief as the Court may deem appropriate to prevent the trade and public from deriving the erroneous impression that any product manufactured, sold, distributed, licensed or otherwise offered, circulated or promoted by Defendant is authorized by Plaintiff or related in any way to Plaintiff's products.

5.    Directing that Defendant file with the Court and serve upon Plaintiff's counsel within thirty (30) days after entry of such judgment, a report in writing under oath, setting forth in detail the manner and form in which Defendant has complied therewith.

6.    Awarding Plaintiff such damages as it has sustained or will sustain by reason of Defendant's unfair competition and deceptive trade practices.

7.    Awarding Plaintiff all gains, profits, property and advantages derived by Defendant from such conduct; and pursuant to 15 U.S.C. §1117, awarding Plaintiff an amount up to three times the amount of the actual damages sustained as a result of Defendant's violation of the Lanham Act.

8.    Awarding Plaintiff such exemplary and punitive damages as the Court finds appropriate to deter any future willful violation of Plaintiff's rights.

25

9.    Awarding Plaintiff its costs and disbursements incurred in this action, including its reasonable attorneys' fees, as provided in 15 U.S.C. §1117. Awarding Plaintiff interest, including pre-judgment interest, on the foregoing sums.

## JURY DEMAND

Plaintiff hereby demands a trial by jury pursuant to Fed. R. Civ. P. 38.


Dated:  New York, New York
        September 1, 2009


                              Respectfully submitted,

                              DUANE MORRIS LLP

                              By:_____

                              Gregory P. Gulia
                              Eric W. McCormick
                              Vanessa C. Hew
                              Christopher J. Rooney

                              1540 Broadway
                              New York, New York 10036-4086
                              Telephone: (212) 692-1000
                              Fax: (212) 692-1020

                              Attorneys for Plaintiff
                              Unilever Supply Chain, Inc.

26