# Exhibit 1





# Exhibit 2



# Exhibit 3





# Exhibit 4





# Exhibit 5









# Exhibit 6





# Exhibit 7





Tune in to *The Hills* on MTV beginning Monday, March 24, at 10pm/9c

New Dove line fresh body wash with fresh fragrance, and lift your morning lotion.





THEIR MOISTURIZING
INGREDIENT

Dove









 

Cool Massage    Gentle Exfoliating

*Dove*



*Dove.*

beauty bar

real moisturizing beauty



new Dove® go fresh beauty bar,
body wash, deodorant & body mist in
energizing grapefruit & lemongrass.

©2005 Unilever C[LCo. 14176



www.dovegofresh.com

*try the new line of Dove™ ...fresh products in three deliciously fresh fragrances: energizing, refreshing and cooling.*



*...body wash, beauty bar, hand and body lotion, hair care, deodorant and body mist.*



## $3.79

Dove Shampoo, Conditioner, and Lotion Hair Styling Aids

$5.49 Dove Stressdown Shampoos and Conditioners



## $8.99

Dove SkinVitalizer

**10% off all other Dove® Face Care items**



## $7.49 Sale

Dove Repair & Beauty Bar

$5.49 Dove Body Wash



## 2/$12 Sale

Select Dove Cream Oil Body Moisturizers

**10% off all other Dove® lotions**



## 3/$7 Sale

Dove Invisible Solid and Degree Anti-perspirant/Deodorant



## $3.69 Sale

Dove Ultimate Clear and Dove gofresh body mists



*when you buy one Dove® fresh item plus any other Dove® item*







# 25% off

Our entire line of Dove· Skin Care, Hair Care, Bath, or Deodorant products





www.dovegofresh.com

*try the new line of Dove gofresh products in three deliciously fresh fragrances: energizing, refreshing and cooling.*

*Dove gofresh shampoo and conditioner*



**Dove gofresh beauty bar or body wash**
*6-bar or larger or 10-oz. or larger*

 Kroger Plus Card featured price . . . . . . . . $0.00

Dove gofresh shampoo and conditioner coupon in this insert . . . . . . . $0.00

YOUR FINAL COST . . . . . . . . . . . . $0.00

Kroger Plus Card featured price . . . . . . . . $0.00

Dove gofresh beauty bar or body wash coupon in this insert . . . . . $0.00

YOUR FINAL COST . . . . . . . . . . . . $0.00



Featured Price Effective Dates: XX/XX/XX - XX/XX/XX

Prices, discounts and items may vary from store to store. Kroger Plus Card is required to receive discounted prices and is available at all adult store locations. All items in this ad are available at all Kroger stores.





# Dove.

## beautiful savings

### with these valuable coupons

Dates of offers vary. See coupons for exact dates.
Products must be purchased in one transaction.
Limit one per household.

## Make a Real Difference in Self-Esteem

Each time you buy Dove,
you help us provide inspiring
self-esteem workshops
to girls across America.
With your help, we can reach
5 million girls by 2010.



deodorant | hand & body lotion | beauty bar & body wash | face care | hair care



# the difference is
# really beautiful

 **Buy** 3 Dove® products*

 **Get** $3 off your next Meijer® purchase

Offer valid 3/1/09–3/21/09 in all stores excluding Chicago and Indianapolis stores.
Offer valid 3/1/09–3/25/09 in Chicago and Indianapolis stores.
*Dove® Beauty Bar, Body Wash, Skin Care, Deodorant, and Hair Care. Excludes travel and trial sizes.

 CUSTOM COUPON



 Talk with your daughter about what it really means to be beautiful. Join the movement at **dove.com**.

every *Dove* makes a difference

©2009 Unilever NT.100404








# Exhibit 8

Case 1:09-cv-07601-LMM    Document 1-2    Filed 09/01/09    Page 34 of 60









# Exhibit 9



# Exhibit 10





# Exhibit 11





# Exhibit 12





# Exhibit 13





# Exhibit 14

Case 1:09-cv-07601-LMM    Document 1-2    Filed 09/01/09    Page 53 of 60



# APOLLO HEALTH AND BEAUTY CARE

ABOUT US    PRODUCTS    MISSION    SERVICES    CONTACTS     home   news   privacy



## HOME

Visit our News section for Apollo's most recent events.

Welcome!

### RECENT NEWS

**February 2009**

8th YEAR IN A ROW!

**Establishment License**
As of April 6th, 2006 Apollo is now a registered holder... more

**A letter to our Partners**
The management and Colleagues of Apollo celebrate the privilege of nomination... more

## APOLLO HBC

A premium developer of Private Label Health and Beauty Care Products, offering complete product categories, which have been designed to compete equivalently with the most popular national brands, all at a value costing necessary to a successful Private Label strategy.

Throughout its 15-year history, Apollo's positioning has progressively strengthened and evolved with change in the marketplace.

Apollo maintains an extremely close relationship with its customer community.

 Apollo leverages unique expertise and experience in developing national brand-equivalent products.

 Team Apollo is comprised of M.B.A.'s, C.A.'s, chemical engineers, industrial engineers, millwrights, degreed and pedigreed talents with financial minds, creative minds, sales types, administrative types and operational efficiency types – all focused upon the Company Mission Statement and its objectives.

 Building on our core

**Spreading beauty creams around the world**
Charles and Richard Wachsberg know an opportunity when they see one. In 1993, the private-label industry was just starting to come into its own... more

**Secrets of Success... Adaptability, Commitment and Passion.**
Toronto, ON – January 12, 2004 - Winners of the 2003 Canada's 50 Best Managed Companies award... more

values of Excellence
and Commitment, Apollo has established
itself as a market leader that attracts the
industry's top talent.

Google Search

# WELCOME

apollocorp.com © 2006 • Privacy Policy • Careers

# APOLLO HEALTH AND BEAUTY CARE



UNITED WE STAND

ABOUT US     PRODUCTS     MISSION     SERVICES     CONTACTS        home    news    privacy



**PRODUCT:**
**QUALITY,**
**SERVICE,**
**CARE.**

## PRODUCTS

Our lifestyles are sophisticated and stressful. We are living longer. As we live longer and as our stresses increase, the need for quality care products is a necessity.

There is a heightened interest in the area of performance care. The market no longer seeks a low grade personal care product. All categories of personal care including Liquid Soap, Hand Sanitizer, Body Wash, Shampoos and Conditioners are evolving to meet greater customer demands for high performance products.

We know that great results and exceptional services are what bring clients back again and again. Our products completely support our commitment to providing superb skin and body care. You'll be proud to place your company identity on our impressive array of state-of-the-art formulations. We conduct constant evaluation of our products performance in order to assure high quality and satisfaction.

If you are searching for professional high performance skin, hair and body care products, we are pleased to offer you a selection of trend-setting personal care

products available for private label including indulgent fresh body wash, luxurious body lotions, performance shampoo and conditioners, specialty products and many more bath and body luxuries for men, women and children of all ages. Our private label program is designed to give you the edge you are seeking with promoting your own exclusive brand, driving your professional product sales and ultimately keeping your customers loyal to you.

We have analyzed market trends and have created innovative and insightful product solutions to meet and beat the trend and the high standards of today's consumer. We are committed to prevailing in all personal care categories and we promise a commitment of top quality to all our clients and partners.

EXCELLENT P R O D U C

LIQUID SOAP & SANITIZERS

BODY WASH

HAIR CARE

SKIN CARE

SPECIALTY BATH

KIDS & BABY

NUTRACEUTICALS

GIFT & SEASONAL

Google Search

apollocorp.com © 2006 • Privacy Policy • Careers

# APOLLO HEALTH AND BEAUTY CARE

UNITED WE STAND

**ABOUT US**   **PRODUCTS**   **MISSION**   **SERVICES**   **CONTACTS**   home   news   privacy

## BODY WASHES

## PRODUCTS



To generate superior moisturization, skin feel and foam compared to the National Brands, we have developed a new revolution of Body Washes geared to out-perform the competition.

Moisturization studies are routinely done using several standard emollients to support and perpetually improve our formulations.

Apollo has analyzed the trends in Body Wash usage and realizes that fragrance and colour play a significant role in the acceptance of the Body Wash. To further

enhance our customer's approval, colours and fragrance have been specifically selected based upon consumer studies and their responses to these specific fragrances.

Our body washes will leave your skin feeling soft and silky due to our innovative formulation that will not strip the skin of it natural oils and will only wash away the dirt and grime. We believe in superseding the standards in order to ensure the highest standard of quality.









LIQUID SOAP & SANITIZERS

BODY WASH

HAIR CARE

SKIN CARE

SPECIALTY BATH

KIDS & BABY

A NEW REVOLUTION

NUTRACEUTICALS

GIFT & SEASONAL

Google Search

apollocorp.com © 2006 • Privacy Policy •