*McKenna, J*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/05/2010

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNILEVER SUPPLY CHAIN, INC.,

                Plaintiff,

-against-

APOLLO HEALTH AND BEAUTY
CARE CORPORATION,
APOLLO HEALTH AND BEAUTY CARE,
APOLLO HEALTH CORP. AND
APOLLO BEAUTY CORP.

                Defendants.

------------------------------------------------------------X

Civil Action No. 09-CV-07601
(LMM)

STIPULATION AND [PROPOSED]
ORDER FOR EXTENSION OF
TIME TO RESPOND TO
COUNTERCLAIMS

It is hereby stipulated and agreed by and between plaintiff Unilever Supply Chain, Inc. (hereinafter, "Plaintiff") and defendants Apollo Health Corp., and Apollo Beauty Corp. (collectively, "Defendants"), through their respective counsel, that Plaintiff shall have up to and including November 1, 2010 to file an answer or otherwise move in response to Defendants' counterclaims as asserted in Defendants' Answer to Amended Complaint and Counterclaims.

Date: October 4, 2010

DUANE MORRIS LLP
Attorneys for Plaintiff

_____
Gregory P. Gulia
Eric W. McCormick
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Date: October 4, 2010

WINTHROP & WEINSTINE, P.A.
Attorneys for Defendants

Peter J. Gleekel (admitted *pro hac vice*)
Sharon D. Armstrong (admitted *pro hac vice*)
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800

Of Counsel for Defendants:
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
Anthony F. Lo Cicero
Marc J. Jason
90 Park Avenue
New York, New York 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

SO ORDERED:

Honorable Lawrence M. McKenna
United States District Judge

Date: 10/5/10