# Duane Morris



VANESSA C. HEW
DIRECT DIAL: 212.692.1062
E-MAIL: vchew@duanemorris.com

www.duanemorris.com

January 5, 2011

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/06/2011

RECEIVED
IN CHAMBERS
JAN - 6 2011
LAWRENCE M. McKENNA
USDJ    SDNY

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

**BY HAND DELIVERY**

Hon. Lawrence M. McKenna
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 15D
New York, New York 10007-1312

*Conference adjourned to 2/10/11 at 10:30 A.M. So ordered. [signature] LMM 1/6/11*

Re:  Unilever Supply Chain, Inc. v. Apollo Health and Beauty Care Corp. et al.
     Civil Action No. 09 CV 7601 (LMM)

Dear Judge McKenna:

    We submit this letter on behalf of plaintiff Unilever Supply Chain, Inc. and defendants Apollo Health Corp., and Apollo Beauty Corp. We are writing to the Court to respectfully request a thirty-day adjournment of the status conference scheduled with Your Honor on January 7, 2011 at 11:00 a.m.

    The requested adjournment is sought on the grounds that the parties require additional time to conclude their settlement discussions. Since our last conference with Your Honor, the parties have reached a settlement in principal regarding the claims at issue in this case, however, some related issues have arisen and the parties are in discussions regarding these related issues. Accordingly, the parties respectfully seek the requested adjournment so that they can conclude their negotiations on these issues and finalize the language of a settlement agreement.

    This is the first request for an adjournment of the above-referenced status conference. The requested adjournment will not affect any other scheduled dates in this matter.

    We thank Your Honor for your consideration of this request.

Respectfully submitted,

*[signature]*

Vanessa C. Hew

---

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036                          PHONE: 212.692.1062   FAX: 212.202.6151

DuaneMorris

Hon. Lawrence M. McKenna
January 5, 2011
Page 2


cc:     Peter J. Gleekel, Esq. (counsel for Defendants) (by e-mail and facsimile)
        Sharon D. Armstrong, Esq. (counsel for Defendants) (by e-mail and facsimile)
        Marc J. Jason, Esq. (counsel for Defendants) (by e-mail and facsimile)
        Anthony F. Lo Cicero, Esq. (counsel for Defendants) (by e-mail and facsimile)
        Gregory P. Gulia, Esq. (counsel for Plaintiff)
        Eric W. McCormick, Esq. (counsel for Plaintiff)


DM2\2268374.2