**DUANE MORRIS LLP**
Gregory P. Gulia
Eric W. McCormick
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2011
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
UNILEVER SUPPLY CHAIN, INC.,                                   :    09-CV-07601 (LMM)
                                                               :
                              Plaintiff,                       :
                                                               :
              -against-                                        :
                                                               :
APOLLO HEALTH AND BEAUTY                                       :    ~~PROPOSED~~
CARE CORPORATION, APOLLO HEALTH                                :    SCHEDULING ORDER
AND BEAUTY CARE, APOLLO HEALTH                                 :
CORP. AND APOLLO BEAUTY CORP.                                  :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
                                                               :
APOLLO HEALTH AND BEAUTY CARE.,                                :
                                                               :
                              Counterclaim Plaintiff,          :
                                                               :
              -against-                                        :
                                                               :
UNILEVER SUPPLY CHAIN, INC.                                    :
                                                               :
                              Counterclaim Defendant.          :
---------------------------------------------------------------X

Pursuant to the status conference held with the plaintiff Unilever Supply Chain, Inc.

("Plaintiff") and Apollo Health and Beauty Care Corporation ("Defendant") before this Court on

March 11, 2011, the Court hereby adopts the following Scheduling Order:

    Close of fact discovery                                          December 12, 2011

| | |
|---|---|
| Deadline for Plaintiff to serve Plaintiff's survey reports and other non-damage expert reports | February 13, 2012 |
| Deadline for Defendant to serve rebuttal to Plaintiff's survey and other non-damage expert reports | March 14, 2012 |
| Deadline for Plaintiff to serve replies to Defendant's rebuttal to Plaintiff's survey and other non-damage expert reports | March 28, 2012 |
| Deadline for Defendant to serve Defendant's survey and other non-damage expert reports | April 1, 2012 |
| Deadline for Plaintiff to serve rebuttal to Defendant's survey and other non-damage expert reports | May 1, 2012 |
| Deadline for Defendant to serve replies to Plaintiff's rebuttal to Defendant's survey and other non-damage expert reports | May 15, 2012 |
| Deadline to conduct depositions of survey and non-damage expert witnesses | May 31, 2012 |
| Status Conference to set schedule for expert discovery on damage related issues | June 1, 2012 at 2:30 p.m. |
| Close of expert discovery on non-damage related issues | June 15, 2012 |

The above Scheduling Order may be modified upon written stipulation by the parties.

2

SO ORDERED:

_____/s/ McK._____
Honorable Lawrence M. McKenna
United States District Judge

Date: 3/18/11

SO ORDERED:

_____/s/ McK._____
Honorable Lawrence M. McKenna
United States District Judge

Date:     3/18/11