McKenna, S

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2011
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNILEVER SUPPLY CHAIN, INC.,

                Plaintiff,

   -against-

APOLLO HEALTH AND BEAUTY
CARE CORPORATION,
APOLLO HEALTH AND BEAUTY CARE,
APOLLO HEALTH CORP. and
APOLLO BEAUTY CORP.

                Defendants.

------------------------------------------------------X

APOLLO HEALTH AND BEAUTY CARE.,

                Counter-Claimant,

   -against-

UNILEVER SUPPLY CHAIN, INC.

                Counter-Defendant.

------------------------------------------------------X

Civil Action No. 09-CV-07601 (LMM)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS STIPULATED AND AGREED, by and between the attorneys for plaintiff/counter-defendant, Unilever Supply Chain, Inc., and the attorneys for defendant/counter-claimant Apollo Health and Beauty Care and defendants Apollo Health and Beauty Care Corporation, Apollo Health Corp. and Apollo Beauty Corp., that the above-captioned matter be and hereby is dismissed in its entirety (including, all pending claims and counterclaims) for all parties, with prejudice and without costs as to any party against any other party.

-1-

Dated: July 27, 2011                    Respectfully submitted,

_____

**DUANE MORRIS LLP**

Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Attorneys for Plaintiff/Counter-Defendant

Date: July 26, 2011

_____

**WINTHROP & WEINSTINE, P.A.**

Peter J. Gleekel (admitted pro hac vice)
Sharon D. Armstrong
(admitted pro hac vice)
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800

Attorneys for Defendants and Counter-Claimant


**AMSTER, ROTHSTEIN & EBENSTEIN, LLP**

Anthony F. Lo Cicero
Marc J. Jason
90 Park Avenue
New York, New York 10016
Telephone: (212) 336 8000
Facsimile: (212) 336-8001

Of Counsel for Defendants and Counter-Claimant

**SO ORDERED:**

_____/M._____

**Honorable Lawrence M. McKenna**
**United States District Judge**

Date: ____7/28/11____